**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JOAN LICHTMAN,                 :  No. 348 EAL 2015

           Petitioner     :

                         :  Petition for Allowance of Appeal from
                         :  the Order of the Commonwealth Court
       v.                  :

MICHAEL NUTTER,         :

           Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.